IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-307-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JONATHAN LAMONTE FLORENCE, | ) | |
| | ) | |
| Defendant. | ) | |

The court is prepared to set this case for trial. The parties in the above case SHALL meet and confer and submit proposed trial dates to this court. The response is due no later than February 20, 2026.

The court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by the scheduling of this trial in order to permit defense preparation is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED. This 11 day of February, 2026.

JAMES C. DEVER III
United States District Judge