| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JONATHAN LAMONTE FLORENCE, | ) | |
| | ) | |
| Defendant. | ) | |

With the consent of the parties, the trial in this case shall begin on March 11, 2026, at 10:00 a.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. Additionally, the parties shall participate in a pretrial conference in this case on March 6, 2026, at 1:00 p.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A). The delay will permit the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, including issuing trial subpoenas, providing expert disclosures, and filing voir dire questions and jury instructions. See id. § 3167(h)(7)(A), (B)(i)–(ii), (iv); [D.E. 24] 2.

All expert disclosures under Federal Rule of Criminal Procedure 16 must be filed not later than March 4, 2026. See Fed. R. Crim. P. 16(a)(1)(F)–(G), 16(b)(1)(B)–(C).

SO ORDERED. This 23 day of February, 2026.

JAMES C. DEVER III
United States District Judge