IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-307-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JONATHAN LAMONTE FLORENCE, | ) | |
| | ) | |
| Defendant. | ) | |

The court DISMISSES defendant's pro se motion to dismiss [D.E. 55] as untimely. See Fed. R. Crim. P. 12(b)(3); Local Crim. R. 12.1; [D.E. 19]; cf. [D.E. 31, 34].

SO ORDERED. This 18 day of September, 2026.

JAMES C. DEVER III
United States District Judge